In the Matter of TIMOTHY F. DINAN et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

In the Matter of HARRY R. SWEITZER et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Argued June 2, 1952; decided July 15, 1952.

*Leopold V. Rossi, Lester G. Knopping* and *John H. Scully* for Timothy F. Dinan and others, appellants.

*Bernard A. Abrashkin* for William Best and another, appellants.

*T. Robert Gabrielli* for Harry R. Sweitzer and others, appellants.

*Denis M. Hurley, Corporation Counsel* (*Alfred Weinstein, Seymour B. Quel* and *Howard C. Fischbach* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.